■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL BALDWIN, Appellant. [744 NYS2d 923] —Appeal from a judgment of Erie County Court (McCarthy, J.), entered March 7, 2000, convicting defendant upon his plea of guilty of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v*

*Hidalgo,* 91 NY2d 733, 737). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.